# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CAREY J. WILLIAMS, as Parent and
Guardian of LOUIS WILLIAMS, a minor child,

    Plaintiff,

v.                                                         Cause No. 1:20-cv-00623-MV-JHR

ACE AMERICAN INSURANCE COMPANY,
MYERS-STEVENS & TOOHEY, INC.,
    Defendants.

## STIPULATED ORDER GRANTING JOINT MOTION TO VACATE AND RESCHEDULE SETTLEMENT CONFERENCE

THIS MATTER having come before the Court on the Parties' Joint Motion to Vacate and Reschedule Settlement Conference [Doc. 28], the Court having reviewed the Motion and being otherwise fully informed in the premises, and for good cause shown,

FINDS, the Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED, AJUDGED, AND DECREED as follows:

1. The Settlement Conference currently scheduled to begin at 9:00 a.m. on Tuesday, June 8, 2021 [Doc. 16] is hereby vacated.

2. The Settlement Conference is reset from an in-person conference to a phone conference.

3. The Settlement Conference is hereby rescheduled for September 7, 2021; and

4. The dates and deadlines for exchange of the Parties demands and submittal of the Parties' position statements to the Court, shall be as follows:

    a. Deadline for Plaintiff's demand letter due to Defendants should be and hereby is extended from May 13, 2021 to August 11, 2021;

1

b. Deadline for Defendants' counteroffer letter to due Plaintiff should be and hereby is extended from May 20, 2021 to August 18, 2021;

c. Deadline for Parties' confidential position statements to the Court should be and hereby is extended from May 25, 2021 to August 24, 2021; and

d. Deadline for motions to reschedule the settlement conference should be and hereby is extended from May 25, 2021 to August 24, 2021.

_____
HONORABLE JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE

Submitted by:

LAW OFFICES OF DAVID M. HOULISTON

*/s/ David M. Houliston*
David M. Houliston, Esq.
7500 Jefferson Street NE, Suite 106
Albuquerque, NM 87109
Phone: (505) 247-1223
Fax:    (505) 214-5204
david@houlistonlaw.com
*Attorney for Plaintiff*

Approved By:

LEWIS BRISBOIS BISGAARD & SMITH, LLP

*/s/ Electronically approved 05/07/2021*
Charles S. Haughey, Jr.
Gregory L. Biehler
Nelse Miller
8801 Horizon Blvd. NE, Suite 300
Albuquerque, NM 87113
Phone: (505) 828-3800
Greg.Biehler@lewisbrisbois.com
Chuck. Haughey@lewisbrisbois.com

Nelse.Miller@lewisbrisbois.com
*Attorneys for Defendants*

*/s/ David M. Houliston*
David M. Houliston